# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TV TOKYO CORPORATION,

        Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A TO THE COMPLAINT,

        Defendants.

Case No. 26-cv-1230

## ORDER ON PLAINTIFF'S EX PARTE MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)

AND NOW, this _8_ day of _June_, 2026, upon consideration of Plaintiff's Ex Parte Motion for an Order Authorizing Alternative Service on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3).

IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is authorized to make alternative service of the Summonses, the Complaint, any discovery, and all filings in this matter upon Defendants in this action as follows:

1. By sending an e-mail with a link to Plaintiff's designated website to Defendants via (i) the e-mail accounts provided by third parties as part of the data related to their respective Seller Alias(es), and (ii) the e-commerce marketplace for each of the Defendants' Seller Alias(es), or

2. By including in the e-mail a link to a website hosted by Plaintiff which posts copies of the Summons, Complaint, TRO, any Discovery, and all filings in this matter.

_____
United States District Judge