**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>+1 ANIME, et al.,<br><br>      Defendants. | Civil Action No. 26-cv-1230<br><br>**Judge: Hon. William S. Stickman IV** |

### SCHEDULE A

| Doe No. | Seller Alias | Platform | Email Address |
|---|---|---|---|
| 1 | +1 Anime | Standalone | addonegk@gmail.com |
| 2 | AnimePillowShop | Standalone | 370334479@qq.com |
| 3 | AnimeVerseStore | Standalone | theanimeversestore@gmail.com |
| 4 | AnuCustoms | Standalone | rahelradenwij@gmail.com, uswahasanah346@gmail.com, restudewantara447@gmail.com, anudirgantara@gmail.com |
| 5 | autowrapfilmpro | Standalone | jenicothenail@gmail.com, autoppfpro@gmail.com |
| 6 | AVOLOUNGE | Standalone | avolounge.sg@gmail.com, info@avol.sg |
| 7 | bestlee studio | Standalone | 53191298@qq.com |
| 8 | Brickpanda | Standalone | Monna2634417719@163.com, mocfigstoy@163.com |
| 9 | bucketandshovel | Standalone | 823716710@qq.com, orlandobs@qq.com, cattleymifdw@gmail.com, hello@bucketandshovel.com, jsc@boomflare.com |
| 10 | ChowBrick | Standalone | payment@chowbrick.com, payments@chowbrick.com |
| 11 | CWS STUDIOS | Standalone | CWS@CARWRAPSTORE.COM |
| 12 | delmg | Standalone | anhtaivnpro@gmail.com, huyenparis@gmail.com, |

| Doe No. | Seller Alias | Platform | Email Address |
|---|---|---|---|
| | | | chylop0039@gmail.com, dotoankhucmai@gmail.com |
| 13 | Demon Festival | Standalone | support@demonfestival.com |
| 14 | Desktheme | Standalone | nancyqueen@me.com, mail@desktheme.co, denglifeng190@sina.com |
| 15 | dokidokicosplay | Standalone | yuzhai1117@163.com, CostyleINTL@outlook.com, support@dokibeats.com, dokidokicosplay@163.com, dreamypaypal@yahoo.com.hk, dokidokicosplay2019@gmail.com |
| 16 | dreamy | Standalone | X1395953@163.COM |
| 17 | Dreamy-gk | Standalone | W13959530201@gmail.com, mm@dreamy.com.hk, info@dreamy.com.hk, paypal@rushworth.id.au, contato@dreamy.com.br, sales@dreamy.com.au, missjesika15@icloud.com, marina.zarif72@gmail.com, articles@horsetips.com.au, ahklorenzo@gmail.com |
| 18 | EBeddingSets | Standalone | yamaxunhaining@163.com, watsonsree@gmail.com |
| 19 | FanaticsLand | Standalone | goughdesire@appareltop.com, luongminhtan@fanaticsland.com, ruongkhanhtoa@fanaticsland.com, hang190419@gmail.com, trahaitan@fanaticsland.com, babatran@fanaticsland.com, truonkhatoa@fanaticsland.com, truonghanhtoan@fanaticsland.com, tranbahan@fanaticsland.com |
| 20 | FINALLURE | Standalone | rondiyacosmetics@gmail.com |
| 21 | fomostore | Standalone | support@fomostore.in |
| 22 | frenzy anime collectors | Standalone | facaidexiaozhu@outlook.com |
| 23 | GKResinStatues | Standalone | Gkresinstatues99@gmail.com |
| 24 | gleame | Standalone | info@gleame.site |
| 25 | grizzshopping | Standalone | grizzshopping.pp@gmail.com, pakhaporn.ppshop@gmail.com, supremedigita@gmail.com |

| Doe No. | Seller Alias | Platform | Email Address |
|---|---|---|---|
| 26 | Halloweez | Standalone | FT18162680973@FOXMAIL.COM, mail@coscosmos.com |
| 27 | hottoygkhk | Standalone | hottoygkhk@gmail.com |
| 28 | Infamous Inspiration | Standalone | info@infamousinspiration.com |
| 29 | KawaiiGiftLand | Standalone | kawaiigiftland@gmail.com |
| 30 | Keycapor | Standalone | support@keycapor.com, keycapor@gmail.com |
| 31 | knickgasm | Standalone | info@knickgasm.com |
| 32 | lasercraftum | Standalone | chrissyscraftycreations2@gmail.com, delirium1987@yandex.kz |
| 33 | LEOREN | Standalone | leorensia@gmail.com |
| 34 | lofariswholesale | Standalone | wencychen123456@outlook.com |
| 35 | lootabrick | Standalone | letsgroupcompany@gmail.com |
| 36 | Meoweirdo | Standalone | petnbest@gmail.com |
| 37 | Music Box Gift Ideas | Standalone | general@musicboxgiftideas.com |
| 38 | my painted shoes | Standalone | dengdongjian@hotmail.com, liuyongshenzhen@hotmail.com, shenmeiling2015@hotmail.com, zhanzhuying2012@gmail.com, xuefeilengmei@gmail.com |
| 39 | Onlynicer | Standalone | cutediary520@gmail.com |
| 40 | PIKAPIKA | Standalone | pikapikatcltd@outlook.com |
| 41 | POMEL | Standalone | pomel.shop@outlook.com |
| 42 | PSYT | Standalone | support@psyt.com |
| 43 | raneogul | Standalone | LZP9701@outlook.com |
| 44 | Sneak Peek Shoes | Standalone | custom@sneakpeek.shoes |
| 45 | SPC DESIGN | Standalone | wu1226666@gmail.com |
| 46 | Switcheries | Standalone | hello@switcheries.com |
| 47 | Tantratshirts | Standalone | rizzi@virtualbiz.in |
| 48 | The Baka Store | Standalone | info.baakastore@gmail.com |
| 49 | The Case Geek | Standalone | lrios@melotraes.com, lrios@nyscollecrion.com.mx |
| 50 | ToyCraze | Standalone | fai@getbuymarket.com |
| 51 | ttmartglobal | Standalone | nadigvm@gmail.com, 917873935@qq.com |
| 52 | ttpen | Standalone | hdmi10@outlook.com |
| 53 | Urban Layer Colored Contacts | Standalone | urbanlayerstore@gmail.com, urbanlayerlens@gmail.com |
| 54 | vessette | Standalone | andresatyay@gmail.com |
| 55 | wig-supplier | Standalone | rolecosplay@gmail.com, 1261741512@qq.com, |

| Doe No. | Seller Alias | Platform | Email Address |
|---|---|---|---|
| | | | roleanime01@gmail.com, sales08@wig-supplier.com, 2498573586@qq.com, bigdreamer1982@gmail.com, sales07@wig-supplier.com, 1579260786@qq.com, cectphone007@gmail.com |
| 56 | Xsekai | Standalone | engcorp7online@gmail.com |
| 57 | Yong Qiu | Standalone | Zhangyin74@outlook.com |
| 58 | zazasy | Standalone | pay@uolop.com, pay@popjulia.com |
| 59 | AIRNOGO | Amazon | kennilun@163.com |
| 60 | bazhongbaihuo | Amazon | zhangyongzhong666@outlook.com |
| 61 | bead store | Amazon | gzsshgqfdzswyxgs@sina.com |
| 62 | BLUEPEAK STORE | Amazon | balajicosmetics007@gmail.com |
| 63 | CGPBJI | Amazon | 197094539@qq.com |
| 64 | Emilying | Amazon | 3904246569@qq.com |
| 65 | Eva Photo Studio | Amazon | 2580078507@qq.com |
| 66 | HongLiJianZhuLaoWuFenBao | Amazon | bogrentatham57@outlook.com |
| 67 | kunjingshenghuoyongpin | Amazon | wuwuwu1995802@163.com |
| 68 | Litech | Amazon | litechtradinginc@gmail.com |
| 69 | Nantongjialishiyeyouxiangongsi | Amazon | 2677835350@qq.com |
| 70 | OKK MEMBER | Amazon | viwjfcpk54654@163.com |
| 71 | PhuongLienStore | Amazon | phuonglien.daitrach@gmail.com |
| 72 | PrintifyX | Amazon | help.printifyx@gmail.com |
| 73 | putianshichengxiangqucixiakangbaihuoshanghang | Amazon | zhangcaixia98w@outlook.com |
| 74 | quanzhoutaishangtouziqushuntumaoyiyouxiangongsi | Amazon | cxtqztsstmy@163.com |
| 75 | Supoyunyi | Amazon | supoyunyi@outlook.com |
| 76 | UoYYelly | Amazon | pinpinwang998@163.com |
| 77 | yiningshangmao95 | Amazon | wuwuwu1995801@163.com |
| 78 | Youyu | Amazon | 3034190878@163.com |
| 79 | Yuxingyanmaoyiyouxiangongsi | Amazon | chenjianchengcjc@outlook.com |
| 80 | Alanyu | Walmart | bamyky77901482@163.com |
| 81 | Annced Boutique | Walmart | 3127924559@qq.com |
| 82 | ANWEISI | Walmart | bjoqvw@163.com |
| 83 | Arise Jewels | Walmart | ajamaljiparmar233@gmail.com |
| 84 | ATTO JEWEL | Walmart | madhurambhandar950@gmail.com |

| Doe No. | Seller Alias | Platform | Email Address |
|---|---|---|---|
| 85 | BubbleStick IN | Walmart | zpwwem852@163.com |
| 86 | HomeEase Goods | Walmart | xiumuxiumu2026@163.com |
| 87 | hongbo store | Walmart | heitang43399178we@163.com |
| 88 | Jielan Technology | Walmart | sl5uln@163.com |
| 89 | kenelon | Walmart | walmartairnogo@163.com |
| 90 | lian store | Walmart | qingduxuan2169@163.com |
| 91 | Liberta Carpets | Walmart | puccahomewallmart@gmail.com |
| 92 | RogueWear | Walmart | truongthuyphat9@gmail.com |
| 93 | shiliufen store | Walmart | paoyunlu0710255@163.com |
| 94 | Shmily | Walmart | wal_07_yumiao@163.com |
| 95 | VIVA STORE | Walmart | vijayshiyani12@yahoo.com |
| 96 | YiYi Trading | Walmart | wemxlj9688@163.com |
| 97 | zhihang | Walmart | manybu750@163.com |
| 98 | APEKSH | Standalone | tanujkujurnift@gmail.com |
| 99 | colored-contacts | Standalone | service@colored-contacts.us |
| 100 | eyecandys | Standalone | info@avrilgroup.co, insouciancehk@gmail.com, avril.limited@gmail.com, payments.eyecandys@gmail.com, eyecandys.yd@gmail.com, paypal@eyecandys.com, webmaster@eyecandys.com, hello@avrilgroup.co, lalagunageraldine91@gmail.com |
| 101 | EYECOO | Standalone | info@eyecoo.com, jenvaech@gmail.com |
| 102 | fantasy-icon | Standalone | luckyicon707@gmail.com |
| 103 | forgeknight | Standalone | csmhls@hotmail.com |
| 104 | GameLoopX | Standalone | reborn924995@gmail.com, s1499583539@gmail.com |
| 105 | Jurassic Bricks | Standalone | LEGO@JURASSIC-BRICKS.COM |
| 106 | klenspop | Standalone | lens4ucom@gmail.com, jbkjouj@gmail.com, jjvision1001@gmail.com, paypal@pinkyparadise.com |
| 107 | kongbricks | Standalone | Info@kongbricks.com |
| 108 | korcolor | Standalone | korlens.cs@gmail.com |
| 109 | KRAZYEYES4U | Standalone | krazyeyes4u@gmail.com |
| 110 | Lenself | Standalone | service@lenself.com |
| 111 | lenspoison | Standalone | 1259898659@qq.com |
| 112 | LUMEYE | Standalone | 19565126@qq.com |

| Doe No. | Seller Alias | Platform | Email Address |
|---|---|---|---|
| 113 | Ninja Cosplay Co. | Standalone | anbufoxmask@gmail.com |
| 114 | OhMyKitty | Standalone | ohmykitty4u@gmail.com |
| 115 | ohmylens | Standalone | master@ohmylens.com, support@ohmylens.com |
| 116 | picturebrickart | Standalone | picturebrickart@gmail.com |
| 117 | print on click | Standalone | Mayank@print-on-click.in |
| 118 | queencontacts | Standalone | jw668111@gmail.com, mariguzman8322@hotmail.com |
| 119 | sweetycon | Standalone | orders@uniqso.com, sales@uniqso.com, sales@sweetycon.com |
| 120 | unibling | Standalone | pay@moxieera.com, uniblingpay@unibling.com, walker@moxieera.com, unipay2025@unibling.com, unipay25@unibling.com, unipay@unibling.com, pay@unibling.com |
| 121 | AG-BISON | Amazon | syedghassan1987@gmail.com |
| 122 | Syjock Lxunsa | Amazon | 17558404724@163.com |
| 123 | Harlody | Walmart | maivu0923@gmail.com |
| 124 | CutePaw Cases | Temu | 13119567781@163.com |
| 125 | DYibei | Temu | 1780404734@qq.com |
| 126 | flexible clothing customization | Temu | 2042861990@qq.com |
| 127 | FreedomThreads | Temu | binge0101@foxmail.com |
| 128 | GJIKUHYBB | Temu | jw4787@163.com |
| 129 | GlamorousGoods | Temu | 18567939131@163.com |
| 130 | Good Lucky Matel Signs | Temu | 496213963@qq.com |
| 131 | Grapes frameless painting | Temu | 13235983465@163.com |
| 132 | HION Frameless painting | Temu | 13320196311@139.com |
| 133 | Jiagu mall | Temu | 19265983265@163.com |
| 134 | KAIZETONGZHUANG | Temu | 19927713804@139.com |
| 135 | KJXACBII | Temu | hangsuan8@163.com |
| 136 | LJHYGTFF | Temu | yv5460@163.com |
| 137 | manilow | Temu | banmanilow@gmail.com |
| 138 | miagoods | Temu | Served by platform |
| 139 | Minjiuding J | Temu | 448328173@qq.com |
| 140 | MOGAOBAIHUO | Temu | 13055692381@163.com |
| 141 | MRDJ | Temu | 1140107348@qq.com |
| 142 | NCRDDA | Temu | 76866548@QQ.COM |

| Doe No. | Seller Alias | Platform | Email Address |
|---|---|---|---|
| 143 | Newb Clothing | Temu | 3411244855@qq.com |
| 144 | Noble Man Y | Temu | 17579030664@163.com |
| 145 | Nova Trend SWL | Temu | 731877487@qq.com |
| 146 | Pumpkin Chief | Temu | 13123293667@wo.cn |
| 147 | TTBD Fashion | Temu | 1430409884@qq.com |
| 148 | Unframed Stories | Temu | 253266580@qq.com |
| 149 | Vivid Blast | Temu | 1114786501@qq.com |
| 150 | XIAOHUIAAA | Temu | 13133601985@139.com |
| 151 | XSBpaintingD | Temu | wdanwda@163.com |
| 152 | XWusjlsdkvjls | Temu | 465513684@qq.com |
| 153 | xxxart PrintsC | Temu | hkxingzhiyue@163.com |
| 154 | AASTART | Temu | 3326834182@qq.com |
| 155 | Affordable Mini Shop SWL | Temu | 424110043@qq.com |
| 156 | Astra Case | Temu | 2924203903@qq.com |
| 157 | BAOKUANGstudio | Temu | 3927419277@qq.com |
| 158 | Beautiful phone cases | Temu | 13576801855@163.com |
| 159 | Become the brightest star | Temu | 18529163120@163.com |
| 160 | BEST CASES | Temu | 646016115@qq.com |
| 161 | Biutifu | Temu | 308444905@qq.com |
| 162 | CardStick GNX | Temu | 19022710060@163.com |
| 163 | CASE UU | Temu | TEMUrich888@163.com |
| 164 | Catalpa Yan super clothes local | Temu | 2547148791@qq.com |
| 165 | CC MX | Temu | 2565880980@qq.com |
| 166 | CelestialMouse | Temu | 19070384813@163.com |
| 167 | CGZ Canval Pop | Temu | 921509958@qq.com |
| 168 | CHAO YA L | Temu | 17754414820@163.com |
| 169 | CHhuiqin | Temu | 18172886691@163.com |
| 170 | Classical Ink Walls | Temu | 86278827@qq.com |
| 171 | Colored cases | Temu | 767738339@qq.com |
| 172 | CTongtong | Temu | 1136668983@qq.com |
| 173 | Cubrecelulares Estrellados Brillantes | Temu | kakaluote1981@outlook.com |
| 174 | Daily Decoration Shop | Temu | 3844762451@qq.com |
| 175 | Dericon | Temu | a15840032253@163.com |
| 176 | Double Horsy | Temu | 3811109047@qq.com |
| 177 | DXINGYIJIAF | Temu | 16605850608@163.com |
| 178 | E VIP CASE | Temu | zoumeimei2003@outlook.com |
| 179 | EFDFJVBGFF | Temu | 1141875835@QQ.com |
| 180 | ELARAO | Temu | 465433267@qq.com |

| Doe No. | Seller Alias | Platform | Email Address |
|---|---|---|---|
| 181 | Festival Cheer | Temu | happyyt2022@163.com |
| 182 | Field Heavy | Temu | Temulanxuan@outlook.com |
| 183 | FIFTEENTAOZHIQU PAINTING | Temu | 875319103@qq.com |
| 184 | FloresJH | Temu | 19169726277@163.com |
| 185 | Forest products Office supplies | Temu | 18207937888@163.com |
| 186 | Fortune smiles upon someone | Temu | 2086961760@qq.com |
| 187 | Frameless Art Decorations | Temu | 2460093588@qq.com |
| 188 | FunPlayZone C | Temu | 17512148132@163.com |
| 189 | FuQi Global Shop | Temu | 15557992897@163.com |
| 190 | Fushes | Temu | 13336053389@163.com |
| 191 | Fz phone case MX | Temu | x3023188@gmail.com |
| 192 | Fz REIGN | Temu | qila20240602@163.com |
| 193 | Getting better and better clothing | Temu | 1951018909@qq.com |
| 194 | Gifts from Heaven | Temu | 506403641@qq.com |
| 195 | GlowMetal Case | Temu | 997187784@qq.com |
| 196 | gooddheicc | Temu | t15160457546@163.com |
| 197 | goodnsiwnbb | Temu | 15160469956@wo.cn |
| 198 | Green Flower Vine | Temu | 2672208918@qq.com |
| 199 | Handmade Stationery Studio | Temu | 376559451@qq.com |
| 200 | Handsome with picture | Temu | 254372929@qq.com |
| 201 | Hapick home | Temu | 3120806573@qq.com |
| 202 | HappyHome DIY I | Temu | 18205973124@163.com |
| 203 | Hats Customized Shop | Temu | w4xsuperoo@163.com |
| 204 | helucky | Temu | 3461169242@qq.com |
| 205 | hibiscusLi | Temu | 1297523571@qq.com |
| 206 | HK Phone case MX | Temu | 974281395@qq.com |
| 207 | HLH SIMPLE | Temu | 395687191@qq.com |
| 208 | Honesty Min | Temu | 1265481861@qq.com |
| 209 | hongaaaaa | Temu | 931220268@qq.com |
| 210 | hongTTtttttt | Temu | 931220268@qq.com |
| 211 | hoodies | Temu | zwjwyzq@gmail.com |
| 212 | huadagou | Temu | 2536108630@qq.com |
| 213 | Hulan Trading | Temu | 2208931763@qq.com |
| 214 | Hush Hem | Temu | 2901126713@qq.com |
| 215 | I am not interested in money | Temu | zz1024301047@163.com |
| 216 | Interestingbeddingg | Temu | zhou275658090@gmail.com |

| Doe No. | Seller Alias | Platform | Email Address |
|---|---|---|---|
| 217 | It has grown into a pavilion like a building | Temu | xiaoqing95@2980.com |
| 218 | JF style D | Temu | 1628554498@qq.com |
| 219 | jfdsfjgksljg | Temu | bqfxpx@163.com |
| 220 | JIAFADIY | Temu | sumaitong8dian@sina.com |
| 221 | JJ electron | Temu | 1951185849@qq.com |
| 222 | JKJSFBK | Temu | opmcvrc@163.com |
| 223 | KeKe case MX | Temu | 974281395@qq.com |
| 224 | KM Phone case MX | Temu | lihao3345@outlook.com |
| 225 | KoKoCase WWW | Temu | 530848686@qq.com |
| 226 | KTGLZS | Temu | 3036448542@qq.com |
| 227 | kun ze Home Depot | Temu | jearpr864@163.com |
| 228 | KUN ZE Mysterious Shop | Temu | jearpr864@163.com |
| 229 | KW Phone case MX | Temu | lihao3345@outlook.com |
| 230 | LAN B | Temu | 38766670@qq.com |
| 231 | LANHKK | Temu | 1686355655@qq.com |
| 232 | LARGEX | Temu | 513554993@qq.com |
| 233 | LiangTY | Temu | 2668746653@qq.com |
| 234 | LIkik | Temu | 15207036101@163.com |
| 235 | LionGuardCase | Temu | 303985486@qq.com |
| 236 | Lively Lane Phone Case | Temu | xiaoao13576894185@163.com |
| 237 | LLLLLIU | Temu | 1716524203@qq.com |
| 238 | LONGO COSTUME CO | Temu | zyilong714@gmail.com |
| 239 | LUKY DECORATION | Temu | 19577691162@163.com |
| 240 | LVEkk | Temu | xiaoaichi0303@outlook.com |
| 241 | Maelove acc | Temu | 542637761@qq.com |
| 242 | Malcolm decoration | Temu | 15605013055@163.com |
| 243 | maomaotie | Temu | 794483467@qq.com |
| 244 | MDQ CLOTHING | Temu | 2418004742@qq.com |
| 245 | Meiyinghu Goodies | Temu | 15279419151@163.com |
| 246 | Myzx Yi Ze | Temu | 2521429816@qq.com |
| 247 | NoorScudo | Temu | 1980945028@qq.com |
| 248 | OJYOJYOJY | Temu | 19214900145@163.com |
| 249 | OutSun Sleeve | Temu | 13923220339@163.com |
| 250 | Performance Perfect | Temu | zhongjc0515@gmail.com |
| 251 | PET FAMILY SWEET AND WARM | Temu | muminsifan@126.com |
| 252 | PIGZHUZHU | Temu | 361744607@qq.com |
| 253 | pingpingka | Temu | 3768735135@qq.com |
| 254 | Plantjoy Case | Temu | 842101690@qq.com |

| Doe No. | Seller Alias | Platform | Email Address |
|---|---|---|---|
| 255 | PO Sticker | Temu | 1639892750@qq.com |
| 256 | PPmzdcc | Temu | w503306340@163.com |
| 257 | Pulse Cases | Temu | 842101690@qq.com |
| 258 | qiddddd | Temu | 987160483@qq.com |
| 259 | qidddffff | Temu | 3615274389@qq.com |
| 260 | qing Canvas painting | Temu | 702195954@qq.com |
| 261 | QTQRQUI | Temu | www.along5@qq.com |
| 262 | Rapid Cove | Temu | miss_2222@qq.com |
| 263 | RetroReverie | Temu | lykj1688no2@163.com |
| 264 | RJJSCLOTHINGTHREE | Temu | 3870248025@qq.com |
| 265 | Rockets championship | Temu | wwq13014446673@163.com |
| 266 | ruiqiang | Temu | 648937726@qq.com |
| 267 | SAM SOCKS | Temu | sam917@126.com |
| 268 | SDD clothing | Temu | 1198520278@qq.com |
| 269 | SH clothing | Temu | 54216827@qq.com |
| 270 | Singo BoyGirl Clothing | Temu | mogy91@163.com |
| 271 | SlabGarb | Temu | 2901126713@qq.com |
| 272 | SmaiiTownKid | Temu | 1491058343@qq.com |
| 273 | So lene | Temu | 1749366620@qq.com |
| 274 | SOREMO GIFE | Temu | 3443514958@qq.com |
| 275 | Spire Four | Temu | 3661075780@qq.com |
| 276 | Splash Point Card ClothingC | Temu | 691847204@qq.com |
| 277 | Star Cases | Temu | 291477107@qq.com |
| 278 | Stationery Notebooks | Temu | ywhongma@163.com |
| 279 | SugarSafari | Temu | 591023623@qq.COM |
| 280 | Sunshine House Clothing | Temu | 2632653016@qq.com |
| 281 | TAchildrens clothing | Temu | 15779979146@163.com |
| 282 | TDWW CASES | Temu | 2849426845@qq.com |
| 283 | TeaTile | Temu | 2845735391@qq.com |
| 284 | The Panel | Temu | cash135@qq.com |
| 285 | The Puzzle Art | Temu | 350280001@qq.com |
| 286 | TIAN Cotex | Temu | 19330382145@163.com |
| 287 | TIAN Cotex zc | Temu | 19330382145@163.com |
| 288 | TOZHALK | Temu | 2170816096@qq.com |
| 289 | TrendyCentre | Temu | 943522889@qq.com |
| 290 | true drazzz | Temu | 594993753@qq.com |
| 291 | TT CCAA | Temu | 18973861248@163.com |
| 292 | TT YounBC | Temu | 18973861248@163.com |
| 293 | TTesila | Temu | 1587422309@qq.com |

| Doe No. | Seller Alias | Platform | Email Address |
|---|---|---|---|
| 294 | ttttjsy E | Temu | 18199158331@163.com |
| 295 | tuyaka | Temu | 3100694280@qq.com |
| 296 | txxipp | Temu | Qixuelingzhu@icloud.com |
| 297 | U Your Phone Case | Temu | 1329054819@qq.com |
| 298 | UCAREKAG | Temu | hkyoukang@163.com |
| 299 | UV Party | Temu | 592379283@qq.com |
| 300 | Verey | Temu | 787364025@qq.com |
| 301 | VIP The CASE B | Temu | kakaluote1981@outlook.com |
| 302 | Void Lab | Temu | 574904918@qq.com |
| 303 | VTrendMan | Temu | 17770382329@163.com |
| 304 | VVVroomSticker | Temu | 13827352215@163.com |
| 305 | wadanaaa | Temu | 2373234772@qq.com |
| 306 | wadashan | Temu | 719927279@qq.com |
| 307 | WangRui TZ | Temu | 19070344356@163.com |
| 308 | Weishao Mobile Phone | Temu | 504149127@qq.com |
| 309 | WQTGFJHI | Temu | 376874484@qq.com |
| 310 | wuqinglian | Temu | 13926804022@139.com |
| 311 | WuXiDiXi Shop | Temu | 3908276786@qq.com |
| 312 | Xiaodan Store | Temu | 13922103765@139.com |
| 313 | XIAODOUDING DW | Temu | 592871602@qq.com |
| 314 | XIWANGKEY | Temu | shihututu2002@qq.com |
| 315 | xiwangtu | Temu | 3100694280@qq.com |
| 316 | xixiin | Temu | 3396139849@qq.com |
| 317 | xixiwanyy | Temu | 3903608633@qq.com |
| 318 | xorrp | Temu | 2278584467@qq.com |
| 319 | xowfss | Temu | 1651145843@qq.com |
| 320 | Ya Hei kids | Temu | 2093149185@qq.com |
| 321 | Ya Huo Kids | Temu | 2016219541@qq.com |
| 322 | yifanccc | Temu | 1444613996@qq.com |
| 323 | Ying Joy Goodies | Temu | 936941278@qq.com |
| 324 | YINHE Stickers | Temu | 545815073@qq.com |
| 325 | Yiruo Clothing | Temu | 534052976@qq.com |
| 326 | youchengAAAA | Temu | a15218559394@163.com |
| 327 | YoYa kids | Temu | 1186780552@qq.com |
| 328 | YTX Men Shirt | Temu | 592734711@qq.com |
| 329 | yuchenBBBB | Temu | hkdbxu@163.com |
| 330 | YWQQQQ | Temu | 2905268616@qq.com |
| 331 | Z clthoes | Temu | 965365428@qq.com |
| 332 | Zhang Tian Wall | Temu | 1046407735@qq.com |

| Doe No. | Seller Alias | Platform | Email Address |
|---|---|---|---|
| 333 | zi chen | Temu | 3669551857@qq.com |
| 334 | zi Smart Stationery | Temu | ziziliandie@126.com |
| 335 | ZZ phone case MX | Temu | 1817987018@qq.com |