**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>+1 ANIME, et al.,<br><br>       Defendants. | Civil Action No. 26-cv-1230<br><br>**Judge: Hon. William S. Stickman IV** |

## PLAINTIFF'S UNOPPOSED MOTION TO FILE A REPLY TO DEFENDANT'S MOTION [DKT. 32]

Plaintiff TV TOKYO CORPORATION ("Plaintiff") moves pursuant to Local Rule 78.3 and requests that this Court set a briefing schedule for Plaintiff to file a reply to Defendant's Opposition to Plaintiff's Motion for Entry of Preliminary Injunction, [Dkt 32]. The undersigned counsel has consulted with Defendant's counsel and agreed to the below schedule. In support of the Motion to Set a Briefing Schedule, the Plaintiff states the following:

1. On June 20, 2026, Defendant filed a Response in Opposition to Plaintiff's Motion for Entry of Preliminary Injunction [Dkt 32].

2. Defendant agrees with the below briefing schedule proposed by Plaintiff.

WHEREFORE, Plaintiff respectfully requests that the Court set a briefing schedule as follows:

July 2, 2026: Deadline for Plaintiff to file Reply to Defendants' Response in Opposition to Plaintiff's Motion for Entry of Preliminary Injunction

July 7, 2026: Hearing on Plaintiff's Motion for Entry of Preliminary Injunction

1

2

Dated: [DATE]                                    SO ORDERED:

 

_____
The Honorable William S. Stickman IV
United States District Judge



Date: June 30, 2026                              Respectfully submitted,

By: /s/ Abby Neu
Abby Neu ARDC 6327370
Keaton Smith ARDC 6347736
Shengmao (Sam) Mu, NY #5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*